```
           IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

| | |
|---|---|
| HENRY WILSON, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 4:07-CV-49 (CDL) |
| COLUMBUS POLICE DEPARTMENT, | * |
| J. J. FOX and OFFICER JANE DOE | |
| | * |
| Defendants | |
| | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 28, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 25th day of September, 2007.

                                    S/Clay D. Land
                                      CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE